I'll take a break after this case. Counsel? Good morning, Your Honors. Is there anything else I can say? Just let your brother, Counsel, be seated first, and then thank you. Good morning. I'm Attorney Jose Hernandez-Mayor representing Appellant. I would like to reserve three minutes for rebuttal. Yes, you may have it. Your Honor, this is a case regarding an indemnity and hold harmless clause, and the court's construction that it requires that the appellant post a letter of credit, guaranteeing a liability that existed and is mentioned in the settlement agreement that contains that clause. The facts leading to the settlement agreement are very simple. In 1997, Appellant Morales and Appellee Montano were shareholders in four corporations dedicated to running post-secondary educational institutions. They had a falling out, and in 2002, Appellant Morales took charge of two of the corporations while Appellee Montano took charge of the other two. Morales took charge of one of the corporations called International College. Several years later, the Department of Education conducted an audit of the 2004 financials of International and found or alleged that it had breached what is called the 90-10 rule. The law requires that not more than 90 percent of revenues by the institution come from federal student aid, and it had understood that International had failed that ratio and imposed an assessment of approximately $1.4 million on International. Counsel, wasn't judgment entered against your client in an action by the DOE? Yes. And didn't you or your colleague tell the district court judge that you weren't going to appeal? In one of the hearings, yes, Attorney Lafitte told the district court that it was Morales' intention not to appeal. However, it has been appealed, but that is not the basis of the ruling of the district court. But at the time the district court judge is sitting there, there's a judgment entered, and your client's not going to appeal. His intention at that moment was not to appeal. So why couldn't the judge say, well, at that point, enough is enough, there's no possible harm to your client. You agreed that I would be the one to resolve any disputes under this agreement. Is there any good faith basis for your client on those facts as the judge then understood them not to pay? Well, yes, but the reason she orders him to post a letter of credit is not on account of his refusal to pay, Your Honor. At no moment until today has the Department of Education attempted to enforce that liability. That is currently on appeal, and while it was being litigated in the district court, the Department of Education agreed to stay all enforcement action against any of the corporations involved here. What prompted the district court, we understand in error, to require the posting of a letter of credit, was the claim made by Apelli that after the settlement agreement had been reached, he requested from the Department of Education that the hold on the recertification of his corporations be lifted. And the Department of Education said, we cannot lift it because you were a shareholder of International when the assessment was made, and until that is final and is paid or resolved, we must maintain the hold on your recertification status. So why isn't that a loss under the indemnification provision? Well, that was a condition that existed before Montano filed this action in the district court. He never mentioned it in the complaint. He never mentioned it in the negotiations. He did mention the liability to the Department of Education, and clause 14 of the settlement agreement expressly states that Mr. Morales assumes full responsibility for that monetary liability to the Department of Education. He didn't raise any issue of having recertification problems as a harm he was suffering when he negotiated the settlement agreement. He didn't mention it in the complaint. Well, whether or not he mentioned it is in Judge Thompson absolutely correct. Excuse me? You're not answering the question as to why, because the language in the indemnification provision is very broad, and it says any loss. Everyone was aware that there was a recertification issue, regardless of how specifically discussed or not it was, and why wouldn't that constitute any loss? Well, because his recertification is not being rejected. It's just being placed on hold while the issue of the liability is resolved. One of the agreements, part of the language in the indemnification clause also includes the language that says that Mr. Morales has a right to defend this. He will hold him harmless, defend, and indemnify. Therefore, there's a sequence here, Your Honor. He has agreed that he can defend against that liability, and that is what he is, in fact, doing. All through this time, that recertification has been put on hold. He didn't agree in the disjunctive. He agreed to do each one of those things independent of the other. Well, that is true, but the preexisting condition when that agreement is reached is his schools have the recertifications on hold pending the resolution of this liability issue. He agrees that, or Mr. Morales agrees expressly that he will assume full responsibility for that monetary obligation, but he agrees that he will defend and he's contesting that monetary obligation. What happens is that a few days after they reach the settlement agreement, Montano writes to the Department of Education and says, we have reached a settlement agreement, we have resolved the ownership issue, and we have agreed that as of 2002, Mr. Morales has been in charge of international. I have had nothing to do with international. Please leave the hold on my, and he has agreed to indemnify me, assume full responsibility as to that. Please lift the hold status of my recertification. The Department of Education answers, well, Mr. Montano, we disagree. Even though you have agreed with Mr. Morales that he has been in charge since 2002 of international, under our rules, what matters is the actual date of the transfer of the shares. You were a shareholder at that time, and that's why they refused to lift the hold status, not because of any other reason. Thank you. May it please the Court. My name is Attorney Juan Carlos Feliz, and I represent Appellee Mr. Carlos Montano. Your Honors, this is an appeal from a settlement agreement that was executed between Appellant Mr. Morales and my client, Appellee Mr. Carlos Montano, and the noncompliance of the terms of the oath by Appellant. It is our position, Your Honors, that the terms of the settlement agreement are clear, they are unambiguous, and they are undisputed. Let me ask you that. Effectively, they're being interpreted now as to say that you have to pay. The other side has to pay. Posting a letter of credit in these situations is economically the same as paying. They're never going to get the money back. Yes, that was what the district court did. It enforced the terms of the agreement, Your Honor. But the agreement didn't say, you pay this. The agreement said, you hold us harmless. That's precisely our position, Your Honor, that yes, it is contained in paragraph 14 of the settlement agreement in the hold harmless clause. There was no way at that point in time when we executed the agreement that we knew any requirement from the United States Department of Education, Your Honor. That is why the hold harmless is in the broadest and all-encompassing terms, Your Honor. We didn't know if they would require a bond or cash or credit or payment in gold or blooms for that matter, Your Honor. We didn't know, and that is why the hold harmless is there. So you thought they were going to pay it off somehow? Well, yes, they assumed full responsibility for all amounts that the United States Department of Education was demanding. If any? If any, there's a future event there. All that they were demanding at that moment and if there were any other in the future, Your Honor. Didn't they reserve the right to contest the DOE claim? I don't think they reserved the right, but in the event they did, Your Honor, and I'm not saying that they cannot do it, but they have to hold me harmless. That's under the conditions that my client agreed on this settlement agreement. And then what evidence is there in the record that would show that the amount of harm that you claim your client has suffered as we stand here today is equal to the value of the letter or the credit? The harm that my client is suffering right now, Your Honor, is that the Department of Education is not recertifying his program participation agreement and is not allowing the submittal of new programs. Okay, so I'll posit that your client's been harmed to the tune of $116,000, and so you should recover $116,000 under the harm, hold harmless agreement. What evidence is there in the record that the harm your client has suffered exceeds $116,000? It's actually the percentage of ownership that my client had back in 2002. That is in the records and the facts and stipulations. And what is the amount of that harm? Well, what the letter of credit is saying for that amount is $500,000. I know that's the amount of the letter of credit. Yes. But if you're making an argument that all the judge is doing is having the other fellow pay for a harm that has now been incurred post-signing of the agreement, what evidence is there that allows us to equate the size of the letter of the credit with the size of the harm? Well, Your Honor, I believe that the United States Department of Education said this, and the district court crafted a remedy as to what the parties had agreed on the settlement agreement. What is the status of the appeal from the Department of Education's determination? The status of International's appeal? Yes. I don't know if there's been a calendar notice on that case, Your Honor. Is everything essentially stayed until everyone hears from us? Is that where this case is? I apologize, Your Honor, I didn't hear you. Is everything essentially stayed until we issue some kind of decision? Everything stayed? It is our position that, no, no, no, Your Honor, there's a very clear, multiple clear orders from the district court that an appellant needs to post a letter of credit, and actually this honorable court denied the request for stay, appellant's request for stay, and that what they're spending on the district court right now is that the court enforce those orders, and there's proceedings before the district court to do that, Your Honor. And have those been stayed pending the decision of this court? I'm sorry, Your Honor. Has the district court refrained from taking any further action? No, Your Honor, there's very specific orders that he needs to comply and he needs to post a letter of credit. I understand that. And then there are proceedings in the district court to follow up on the fact that they haven't complied. Is the district court waiting to find out what this court is going to do? No, Your Honor. Then why hasn't it already dealt with this problem? Your Honor, there are multiple motions to compel that have been addressed by the court. Yes, but you still don't have your money. That's right, Your Honor, and my client is still suffering harm. So what are you waiting for? Your Honor, there's a sixth motion to compel in the district court right now. What I'm waiting for is for him to post a letter of credit. He's under court order to do so. Let me ask you this, what are you waiting for some court to do? For some court to do? To finally make appellant post that letter of credit in order to hold my client harmless. And I think the chief judge is asking, well, why hasn't the district court done that? If you know. Are you waiting for some hearing for the court? No, no, there's no hearing schedule. There's very specific orders that he has to post a letter of credit, Your Honor. Why hasn't the district court made any other determination or finally or contempt? Your Honor, I hope that candor is a virtue because I really don't know why. I thought there was a question put at issue as to whether he could post a letter of credit. He would have the ability to do so. That's before the district court, but that's his position. But the court orders that are up to date, they're compelling him to post the letter of credit. And even more, his motion saying that he cannot do that, the district court has been in disagreement and has specifically stated that he has not complied. What do you understand this appeal to be about? What is this appeal about? What do you want from this court? Or, on the other hand, what does your opponent want from this court? Well, Your Honor, to answer your first question, what we want from this court is to affirm the district court orders. And remove any doubt that the district court has remedial power to act as it did. Yes. Okay. And do you think the district court is waiting to see what we do first? I honestly don't think so. I don't know why, but I don't think that the district court is waiting for that, Your Honor, because there are specific orders as to the posting of the letter of credit. So if we just wait, this case will go away? No, Your Honor. I believe that the specific circumstances of this case calls for this court to affirm the district court order and for him to finally post a letter of credit. We're just trying to figure out the procedural posture of the case, because as much time has passed since this matter first came before us, if things were happening in the district court, then something would have happened. It's my understanding that the appellant has filed motions indicating that he's unable to post a bond and that there was a court order saying that he had to bring in documentation showing what efforts he's made to go to more than one bank, et cetera. And with the utmost respect, Your Honor, I don't think that's the issue on appeal here. That's proceedings before the district court. The district court has stated that he has not complied, but I don't really think that's the issue before this court, Your Honor. Right. Okay. Just in summary, Your Honors, the terms of the settlement agreement are clear. He assumed full responsibility for all and any amounts that the United States Department of Education was demanding. He agreed to hold my client harmless, Your Honors, and contrary to their position that there has been a violation of the paragraph 24 on integration clause of this agreement, Your Honor, this settlement agreement has not been amended, modified, or altered in any way, shape, or form. What the district court simply did was to enforce the terms of the agreement, Your Honor. Could we go back to Judge Kayada's question? What is the difference between the $116,000 and the $500,000, and why are you so certain you're entitled to the $500,000? Well, Your Honor, we're entitled to that because his appellant specifically agreed that he would hold my client harmless. I don't have any qualms if he wants to keep this case here or if he wants to go into the Supreme Court as long as he holds my client harmless because that's under the conditions that my client settled this case, Your Honors.  Because that's the remedy that the United States Department, the remedy that the district court crafted as to the demands that the United States Department of Education made, Your Honor. Okay, thank you. Thank you, Your Honors. Counsel, would you like to explain to us why your client hasn't complied with the district court's orders in light of the fact that you applied to us for a stay and we denied you one? Well, he has submitted to the court evidence that his request for a letter of credit was denied by one of the banks. Recently, I believe he submitted a second one from another bank, and the judge has ordered him to go around and seek personal loans or whatever to see if he can come up with his money, and he's doing that. He submitted a sworn statement that has been uncontroverted by a former president of a banking institution in Puerto Rico, saying with his numbers, he's never going to get a letter of credit from any bank. And what have you offered the district court in exchange for a letter of credit? Well, Your Honors, the problem is not the district court. I mean, have you made any good-faith effort to meet the spirit of the district court's order? Well, Your Honor, the problem there is that the letter of credit, the man, came up from the Department of Education. The appellee's initial request was for my client to post a bond, but the Department of Education said we would not accept a bond, we would only accept a letter of credit. So the options are being limited. The only thing that satisfies the Department of Education at this moment would be a letter of credit, which, as the judge says, is not amount to paying, even though my client is still contesting the assessment made on its corporation. One of the points that came up in his oral argument was, yes? Well, you say you're contesting it, but you haven't told us that you've done anything to further the appeal. Well, the appeal right now was sent to the settlement discussions before Attorney Cordero, and that's where they are now. The parties are discussing. With the Department of Education. Yes, the Department of Education and International are undergoing that process right now. And there's no briefing schedule set by this court yet. And Judge Cordero is doing, I think, a good job in trying to get the parties to reach an agreement. So it sounds like neither one of the parties has the money to pay the DOE. That's what I'm hearing. Neither one? Meaning either Montano or Morales? Well, there's no issue. The DOE told Montano that he could put a letter of credit, and his recertification hold would be lifted. And he hasn't done that. That's one of our arguments. There's been no mitigation of damages in that respect. Damages that are undefined, I would say, because this is a condition that they stated. They have stated in their motions to the district court that existed before they filed the complaint in 2008, didn't raise it in the settlement agreement, and now want us to believe that it's incorporated into the old harmless concept. If they really wanted that lift at that point, they should have expressly had it stated in the settlement agreement. You know, in some ways, it sounds like what this court thinks or does doesn't matter here, that it is the Department of Education that is controlling both the dollar amount and the mechanism. And when did this case, did that issue go to Judge Cordero? Well, yes. Right now they're discussing a payment plan before Judge Cordero, but we don't know where that's going to lead to. I would disagree, Your Honor, because the issue for you is whether while the matter is resolved with the Department of Education, must my client post a letter of credit guaranteeing the payment of Mr. Montano's portion? And our position is that was never agreed. Whatever that ends up being. Whatever that ends up being, and that's still not determined. The maximum amount that you see would be $500,000? Yes. The reason for that is that the total assessment is a certain amount, and Mr. Montano is responsible for 40% of it. That's why they mentioned the $500,000. So if he posts that, he would be subject to having some of that returned to him if his liability amount is actually less? If he could actually post that, that would be true. But indemnity agreements, which is the one in the settlement agreement, the obligation is not triggered until he's required to pay. He's now being asked to pay before he actually has to pay. That is the main issue before you. Does he have to effectively pay that portion now instead of when there's a final assessment? How would he get it back? If he posts a letter of credit and the DOE calls it the next day, how would your client ever get the money back? He can't get the money back. And that's one of the problems with the letter of credit. He loses control over that, even though right now he's not being required to pay. And another is Mr. Montano. Thank you.